IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JARED JOSEPH SHEPHERD,

    Defendant.

Case No. 4:21-cr-40075-JPG-1

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Jared Joseph Shepherd's motion for a reduction of his criminal sentence pursuant to 18 U.S.C. § 3582(c)(2) and United States Sentencing Guidelines Manual ("U.S.S.G.") § 1B1.10, making Amendment 821 retroactive (Doc. 40).  The Government agrees with the motion (Doc. 41).

The parties agree that the defendant is eligible for a reduction under Part B of Amendment 821, which added U.S.S.G. § 4C1.1 (2023) to alter offense level calculations for some offenders with no criminal history points.  Under Amendment 821, the defendant's offense level is reduced from 27 to 25.  The result is that his guideline sentencing range is lowered.  Considering this lowered range, the parties agree that a sentence reduction from 60 months to 57 months in prison is appropriate.  The Court agrees for the reasons set forth in the motion.

Accordingly, the Court **GRANTS** the motion (Doc. 40) and reduces the defendant's sentence of imprisonment from 60 months to **57 months** effective February 1, 2024.  The Court attaches its standard order (AO Form 247) reflecting the sentence reduction.

**IT IS SO ORDERED.**
**DATED:  January 26, 2024**

                                                        s/ J. Phil Gilbert
                                                        **J. PHIL GILBERT**
                                                        **U.S. DISTRICT JUDGE**